UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE REDICAN-KOHN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 11-4289 |
| ) | |
| ESQUIRE DEPOSITION ) | |
| SERVICES, LLC ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs.

Dated: September 14, 2016

FOR THE PLAINTIFF:

*/s/ E. Merritt Lentz*

E. Merritt Lentz, Esq.
GOLKOW HESSEL, LLC
1800 John F. Kennedy Blvd., Suite 1010
Philadelphia, PA 19103
(215) 988-9400 phone
(215) 988-0042 fax
mlentz@golkowhessel.com
Attorney for Plaintiff

FOR THE DEFENDANT:

*/s/ Alexander Nemiroff*

Alexander Nemiroff, Esq.
GORDON & REES
2005 Market Street, Suite 2900
Philadelphia, PA 19103
(267) 602-2040  phone
(215) 693-6650  fax
anemiroff@gordonrees.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on September 14, 2016, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter:

>Alexander Nemiroff, Esq.
>GORDON & REES
>2005 Market Street, Suite 2900
>Philadelphia, PA 19103
>(267) 602-2040  phone
>(215) 693-6650  fax
>anemiroff@gordonrees.com
>Attorney for Defendant

>GOLKOW HESSEL, LLC

>/s/ E. Merritt Lentz
>E. Merritt Lentz, Esquire
>Attorneys for Plaintiff